

*1045716634*

# IN THE DISTRICT COURT OF TULSA COUNTY, STATE OF OKLAHOMA

**CJ-2019-04909**

David Golzar Revocable Trust, )
             Plaintiff, )     Linda Morrissey
) Case No.
v. )
) Attorney Lien Claimed
AAA Fire & Casualty Insurance Company, )
)
             Defendant. )

DISTRICT COURT
FILED
DEC 16 2019
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## PETITION

Plaintiff, for his Petition, alleges as follows:

1. Plaintiff is an individual residing in Oklahoma. Plaintiff was insured by Defendant AAA Fire & Casualty Insurance Company at the time of several losses to Plaintiff's property which were covered by policies of insurance by Defendant.

2. Defendant AAA Fire & Casualty Insurance Company ("AAA") is an insurance company which sold Plaintiff insurance policies covering the property at issue and covering the losses at issue. On information and belief, AAA may have changed its name to CSAA Fire & Casualty Insurance Company, but the policies at issue bear AAA's name.

3. Venue and jurisdiction are proper in this Court. The primary actions giving rise to this case took place in Tulsa County, Oklahoma.

4. The property at issue, and the policies at issue, are as follows:

| Property | Policy |
|---|---|
| 2904 S Elm Ave., Broken Arrow, OK 74012 | DP3-332827, DP3-3893515 |
| 4307 S Hickory Pl., Broken Arrow, OK 74011 | DP3-003893507 |
| 5671 S Evanston Ave., Tulsa, OK 74105 | HO33518373 |
| 7780 S Jamestown Ave., Tulsa, OK 74136 | HO53517161 |

5. Each of the insured properties had a loss or multiple losses which were not fully paid.


EXHIBIT 1

6. Plaintiff met all obligations owed under each of the insurance policies, including the timely making of claims and the provision of all required information to support his claims.

7. Defendant failed to honor its obligations under the relevant policies. Specifically, Defendant has acknowledged that coverage exists, but has failed to property evaluate the claims and has failed to fully pay Plaintiff amounts owed under the claims.

8. As the direct and proximate result of Defendant's breaches of contract, Defendant owes Plaintiff a cumulative amount greater than $100,000.

### Prayer for Relief

Wherefore, Plaintiff prays for a judgment against Defendant, for an award of all damages, litigation costs, and attorney fees incurred by Plaintiff which might be recoverable, and for any other relief which is just and equitable.

Respectfully submitted,

Capron & Edwards, PLLC

Stephen J. Capron, OBA# 18350
406 South Boulder Ave., Suite 400
Tulsa, Oklahoma 74103
(918) 398-7600 – Telephone
(918) 398-7602 – Facsimile
*Attorneys for Plaintiff*

ATTORNEY LIEN CLAIMED